LUNSFORD DOLE PHILLIPS #4407
7 Waterfront Plaza, Suite 400
500 Ala Moana Blvd.
Honolulu, Hawaii 96813
Tel: (808)543-2055; Fax (808)543-2010
lunsfordp001@hawaii.rr.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DANIEL WARD,<br>　　Plaintiff<br><br>　　v.<br><br>WHITMORE SUPER<br>MARKET, LTD.<br>　　Defendant | CIVIL NO. 18-00296 DKW-KJM<br><br>STIPULATION FOR DISMISSAL<br>WITH PREJUDICE OF ALL CLAIMS<br>AND PARTIES |

**STIPULATION FOR DISMISSAL
WITH PREJUDICE OF ALL CLAIMS AND PARTIES**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties described hereinbelow, through their respective counsel, hereby stipulate that the Complaint be dismissed with prejudice.

There are no remaining parties and/or issues.

This stipulation is signed by or on behalf of all appearing parties hereunder described.

No trial week has been scheduled.

DATED: Honolulu, Hawaii, December 6, 2018.

LUNSFORD DOLE PHILLIPS
Attorney for Plaintiff

THOMAS J. WONG
Attorney for Defendant

DATED: December 10, 2018 at Honolulu, Hawaii.

APPROVED AND SO ORDERED:



/s/ Derrick K. Watson

Judge of the Above-Entitled Court
UNITED STATES DISTRICT JUDGE